| CHECK DATE | 05/28/2010 | 1953 |
| PERIOD END DATE | 05/23/2010 | |
| EMPLOYEE # | 2515 | Check Num 0000001953 |
| NAME | Samantha L Smith | XXX-XX-4591 |
| | | DEPT 60 |

| DESCRIPTION | RATE | HOURS | AMOUNT | YEAR TO DATE | DESCRIPTION | AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| HOURLY DIR | 9.64 | 40.55 | 390.90 | 390.90 | | | |
| OVERTIME D | 14.46 | 9.12 | 131.88 | 131.88 | | | |
| FEDERAL W/ | | | 28.42 | 28.42 | | | |
| F.I.C.A | | | 32.41 | 32.41 | | | |
| FINDLAY | | | 6.53 | 6.53 | | | |
| MEDICARE | | | 7.58 | 7.58 | | | |
| OHIO | | | 12.65 | 12.65 | | | |
| 3205/Lib.B | | | 3.92 | 3.92 | | | |

| DESCRIPTION | EARNED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vacation | | .00 | .00 |

**EMPLOYEE'S PAY STATEMENT**
NOTE RETAIN THIS PERMANENTLY IT IS A RECORD OF YOUR EARNINGS AND TAX DEDUCTIONS AS REPORTED TO THE FEDERAL AND STATE GOVERNMENTS.

| | EARNINGS | TAXES | DEDUCTIONS | NET |
|---|---|---|---|---|
| CURRENT PERIOD | 522.78 | 91.51 | .00 | 431.27 |
| YEAR TO DATE | 522.78 | 91.51 | .00 | 431.27 |

---

# TH plastics, inc.
P.O. Box 188, 106 E. Main St., Mendon, MI 49072

1953

**THIS IS NOT A CHECK**

Four Hundred Thirty-One and 27/100

| DATE | AMOUNT |
|---|---|
| 05/28/2010 | ****431.27*** |

Bank Name: Wood Forest Nat. Bank
Account #: 1454324599

**NON NEGOTIABLE**

DEPOSITED TO THE ACCOUNT OF:
Samantha L Smith
901 Heatherview Ct.
Findlay OH 45840

| TH PLASTICS, INC., P.O. BOX 188, 106 E. MAIN STREET MENDON, MICHIGAN 49072 | | | | CHECK DATE 06/04/2010 PERIOD END DATE 05/30/2010 EMPLOYEE # 2515 NAME Samantha L Smith | | 2155 Control Num 0000002155 SOC SEC XXX-XX-4591 DEPT 60 | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | AMOUNT | YEAR TO DATE | DESCRIPTION | AMOUNT | YEAR TO DATE |
| HOURLY DIR | 9.64 | 40.00 | 385.60 | 776.50 | | | |
| OVERTIME D | | | | 131.88 | | | |
| FEDERAL W/ | | | 12.12 | 40.54 | | | |
| F.I.C.A | | | 23.91 | 56.32 | | | |
| FINDLAY | | | 4.82 | 11.35 | | | |
| MEDICARE | | | 5.59 | 13.17 | | | |
| OHIO | | | 7.40 | 20.05 | | | |
| 3205/Lib.B | | | 2.89 | 6.81 | | | |

| DESCRIPTION | EARNED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vacation | | .00 | .00 |

**EMPLOYEE'S PAY STATEMENT**
NOTE RETAIN THIS PERMANENTLY. IT IS A RECORD OF YOUR EARNINGS AND TAX DEDUCTIONS AS REPORTED TO THE FEDERAL AND STATE GOVERNMENTS

| | EARNINGS | TAXES | DEDUCTIONS | NET |
|---|---|---|---|---|
| CURRENT PERIOD | 385.60 | 56.73 | .00 | 328.87 |
| YEAR TO DATE | 908.38 | 148.24 | .00 | 760.14 |

---

**TH plastics, inc.**
P.O. Box 188, 106 E. Main St., Mendon, MI. 49072

2155

**THIS IS NOT A CHECK**

Three Hundred Twenty-Eight and 87/100

DATE 06/04/2010     AMOUNT ****328.87***

Bank Name: Wood Forest Nat. Bank
Account #: 1454314509

**NON NEGOTIABLE**

DEPOSITED TO THE ACCOUNT OF:
Samantha L Smith
901 Heatherview Ct.
Findlay OH 45840

| TH PLASTICS, INC., P.O. BOX 188, 106 E. MAIN STREET MENDON, MICHIGAN 49072 | | | | | CHECK DATE 06/11/2010 PERIOD END DATE 06/06/2010 EMPLOYEE # 2515 NAME Samantha L Smith | | 2352 Control Num 0000002352 XXX-XX-4591 DEPT 60 |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | AMOUNT | YEAR TO DATE | DESCRIPTION | AMOUNT | YEAR TO DATE |
| HOURLY DIR | 9.64 | 32.00 | 308.48 | 1,084.98 | | | |
| HOLIDAY DI | 9.64 | 8.00 | 77.12 | 77.12 | | | |
| OVERTIME D | | | | 131.88 | | | |
| FEDERAL W/ | | | 12.12 | 52.66 | | | |
| F.I.C.A | | | 23.91 | 80.23 | | | |
| FINDLAY | | | 4.82 | 16.17 | | | |
| MEDICARE | | | 5.59 | 18.76 | | | |
| OHIO | | | 7.40 | 27.45 | | | |
| 3205/Lib.B | | | 2.89 | 9.70 | | | |

| DESCRIPTION | EARNED | TAKEN | AVAILABLE |
|---|---|---|---|
| Vacation | | .00 | .00 |

| EMPLOYEE'S PAY STATEMENT NOTE RETAIN THIS PERMANENTLY IT IS A RECORD OF YOUR EARNINGS AND TAX DEDUCTIONS AS REPORTED TO THE FEDERAL AND STATE GOVERNMENTS | | EARNINGS | TAXES | DEDUCTIONS | NET |
|---|---|---|---|---|---|
| | CURRENT PERIOD | 385.60 | 56.73 | .00 | 328.87 |
| | YEAR TO DATE | 1,293.98 | 204.97 | .00 | 1,089.01 |

# TH plastics, inc.

P.O. Box 188, 106 E. Main St., Mendon, MI. 49072

2352

**THIS IS NOT A CHECK**

Three Hundred Twenty-Eight and 87/100

DATE 06/11/2010     AMOUNT ****328.87***

Bank Name: Wood Forest Nat. Bank
Account #: 1479326245

**NON NEGOTIABLE**

DEPOSITED TO THE ACCOUNT OF:
Samantha L Smith
901 Heatherview Ct.
Findlay OH 45840