**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: June 25 2010

Mary Ann Whipple
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-33890 |
| | ) | |
| Samantha Lynn Smith and | ) | Chapter 7 |
| Michael Aaron Smith, | ) | |
| | ) | |
| Debtors. | ) | JUDGE MARY ANN WHIPPLE |

## ORDER

The court held a hearing on June 24, 2010, on the court's Order to Show Cause why this case should not be dismissed due to basic case opening and filing fee issues and the failure to file an electronic signature declaration form. [Doc. # 8]. Pamela Theodotou, Debtors' counsel, appeared in person at the hearing.

The court finds that cause has been shown, provided, however, that counsel must electronically submit in proper format a separate order regarding the granting of Debtors' Amended Application to Pay Filing Fee in Installments [Doc. # 16], file a motion for authority to manually pay the filing fee installment payments in this case and electronically submit in proper format a separate order for the court to grant that motion. Counsel represented at the hearing that the electronic signature declaration form has already been mailed by her staff to the court.

**THEREFORE**, good cause appearing,

**IT IS ORDERED** that the required motion be filed and the required orders be submitted to the court by **4:00 p.m. on Friday, June 25, 2010.**