**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: June 28 2010

Mary Ann Whipple
United States Bankruptcy Judge

## U.S. Bankruptcy Court
## Northern District of Ohio (Toledo)

| | | | |
|---|---|---|---|
| IN RE: | Samantha Lynn Smith & Michael Aaron Smith | § | CHAPTER 7 |
| DEBTOR | | § | CASE NO. 10-33890-maw |

### ORDER TO PAY FILING FEE INSTALLMENTS MANUALLY BY CHECK

It is hereby ordered that Debtor's Motion is granted to pay filing fee installments manually by check.

###