**PROCEEDING MEMO**
**HONORABLE MARY ANN WHIPPLE**

In Re:

Michael and Samantha Smith

        Debtor(s).                      Case No. **10-33890**

NATURE OF PROCEEDING:

Show Cause Hearing Regarding Credit Counseling for Michael Smith

APPEARANCES:

Debtor(s) ✓   Diana Khouri ✓
Atty for Debtor(s): ~~Pamela Theodotou~~
~~Atty for Creditor:~~

- [x] HEARING HELD
- [ ] EVIDENCE SUBMITTED
- [ ] DISMISSED
- [ ] HEARING NOT HELD
- [ ] TAKEN UNDER ADVISEMENT
- [ ] MOTION TO CONTINUE F/C _____ DAYS
- [ ] MOTION CUT-OFF
- [ ] AGREED ENTRY ON OR BEFORE _____ DAYS
- [ ] DISCOVERY CUT-OFF
- [ ] STATUS REPORT ON OR BEFORE _____ DAYS
- [ ] MOTION TO BE WITHDRAWN _____ DAYS
- [ ] FINAL PRE-TRIAL
- [ ] OBJECTION TO BE WITHDRAWN _____ DAYS
- [ ] GRANTED   [ ] APPROVED   [ ] DISAPPROVED
- [ ] TRIAL
- [ ] DENIED   [ ] With Prejudice   [ ] Without Prejudice
- [ ] SUSTAINED

- [ ] ADJOURNED TO _____

COMMENTS OF COURT: CAUSE SHOWN - CASE AS TO MR. SMITH MAY PROCEED

**HEARING DATE: Monday, August 2, 2010**

FOR COURT USE ONLY:
- [ ] Order Uploaded    [ ] For WP Docket    [ ] Need Order    [ ] Return for Order